**IT IS SO ORDERED.**

Dated: April 27, 2005

/s/ George B. Nielsen
_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

05-01107/5390083

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ty S. Williams and Isabel D. Williams<br><br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.<br>    Movant,<br>vs.<br><br>Ty S. Williams and Isabel D. Williams, Debtors, Jill H. Ford, Trustee.<br><br>    Respondents. | No. 2:03-bk-21604-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket # 12) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

**GRANTED** (watermark)

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated with respect to that certain real property which is the subject of a Deed of Trust dated April 24, 1998 and recorded on May 1, 1998 in the office of the County Recorder at 98-0359153 wherein Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc. is the current beneficiary and Ty S. Williams and Isabel D. Williams are have an interest in, further described as:

> Apartment Unit A, Building 145, Block III, of FONTANA FINAL PLAT NO. 108, according to Declaration of Horizontal Property Regime recorded in Docket 9532, page 139 and Plat recorded in Book 150 of Maps, page 25; and Amended plat recorded in Book 151 of Maps, page 21, records of Maricopa County, Arizona.
> TOGETHER WITH an undivided interest in the common elements as set forth in said Declaration and Plat and any Annexations thereto;
> EXCEPT all minerals as reserved in Patent from the United States of America.
> EXCEPT all underground water and water rights appurtenant thereto, and except all gas oil, coal and minerals whatsoever, as reserved in Deed recorded in Docket 9439, page 296, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc. its assigns and/or successor in interest is hereby authorized to judicially "foreclose" on its Deed of Trust, or conduct a Trustee's Sale or take whatever other actions are necessary to protect its interest in the above legally described property, in its discretion.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2005.



_____
JUDGE OF THE U.S. BANKRUPTCY COURT